(Submitted September 30, 1935; decided October 8, 1935.)

*Edward E. Hoenig* for motion.

*Murray H. Yachin* and *Copal Mintz* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.